UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No.   3:15-CR-39 RLM |
| | ) | |
| ISAIAH C. FISHER | ) | |

OPINION AND ORDER

The court notes receipt of a letter from the defendant, Isaiah Fisher, requesting a transcript of his October 13, 2015 sentencing hearing.

Mr. Fisher may obtain a transcript of the sentencing hearing for a fee by contacting the court reporter at (574) 246-8039, but his right to receive transcripts at government expense under 28 U.S.C. § 753(f) ended when the criminal proceedings in this court ended and his motion to vacate was dismissed.[1]

Accordingly, the request for a transcript of the sentencing hearing [Doc. No. 50] is DENIED. To the extent Mr. Fisher is requesting copies of the court's sentencing memorandum [Doc. No. 39], the order dismissing Count 2 of the indictment [Doc. No. 40], and the judgment [Doc. No. 41], his request is GRANTED and the Clerk is directed to send him those documents.

---

[1] 28 U.S.C. § 753(f) provides in pertinent part:
    Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. § 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

SO ORDERED.

ENTERED:   July 21, 2016  


　　　　　　　　　　　　　　   /s/ Robert L. Miller, Jr.     
　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　United States District Court